# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00282-CV

**Sean Gnekow, Appellant**

**v.**

**Harris Ronald Fisk and William Gnekow, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-03-004755, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sean Gnekow no longer wishes to pursue this appeal against appellees
Harris Ronald Fisk and William Gnekow and has filed an unopposed motion to dismiss. We will
grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).


_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:  August 11, 2010